UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY AVILA,

                Plaintiff,

-against-

ACACIA NETWORK, INC.; LORRAINE COLEMAN; BRONX ADDICTION SERVICES INTEGRATED CONCEPTS SYSTEM, INC., a/k/a (BASICS),

                Defendants.

22-CV-7657 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

        By order dated February 22, 2023, the Court denied without prejudice Plaintiff's request for injunctive relief and granted Plaintiff leave to amend his complaint, within sixty days, to state valid claims under the Americans with Disabilities Act and the Fair Housing Act. (ECF No. 7.) That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   May 9, 2023
         New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge