UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY AVILA,<br><br>                         Plaintiff,<br><br>-against-<br><br>ACACIA NETWORK, INC.; LORRAINE COLEMAN; BRONX ADDICTION SERVICES INTEGRATED CONCEPTS SYSTEM, INC., A/K/A (BASICS),<br><br>                        Defendants. | 22-CV-7657 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 9, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 9, 2023
           New York, New York

                                                     /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                          Chief United States District Judge